[No. 39177-1-I.    Division One.    July 7, 1997.]

*In the Matter of the Marriage of* RONALD LEE JOHNSON, *Appellant,* and JOYCE ANNE JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-3-06477-4, Timothy G. Edwards, J. Pro Tem., entered July 10, 1996. *Reversed* by unpublished per curiam opinion.

[No. 15158-1-III.    Division Three.    July 10, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ALEX PELLETIER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-02345-5, Robert D. Austin, J., entered August 25, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15917-5-III.    Division Three.    July 10, 1997.]

GLENN N. BOWEN, ET AL., *Respondents,* v. FRED SPRUELL, *as Mayor,* ET AL., Appellants.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-2-00382-7, Yancey Reser, J., entered June 11, 1996. *Dismissed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 19579-8-II.    Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY LLOYD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00113-9, James D. Roper, J., entered June 9, 1995. *Affirmed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Houghton, C.J., and Bridgewater, J.